UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                                  :                 06 Cr. 242 (WHP)

Sidney Bright,                                          :                 <u>ORDER</u>
                       Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Government is to reply to Defendant's letter, ECF no. 157 by September 11, 2020.

Dated: August 11, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.