IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff,<br><br>vs<br><br>Sidney Bright<br><br>Defendant | Case No. 06-cr-242 (WHP) |

### Motion TO ADJUST SENTENCE PURSUANT TO 18 USC § 3582(c)(2)

Come Now, the defendant (Sidney Bright) proceeding pro-se and respectfully move this Court for a reduction in his sentence imposed on December 9, 2011. This motion is made pursuant to Amendment 782 and Amendment 742 to the Sentencing Guidelines and 18 USC § 3582(c)(2).

### The Defendant Contention

The defendant contends that the above Amendments should apply, because the District Court gave the government

until September 11, 2020 to respond to the defendant position, which the government failed to respond and therefore conceeds to the defendent position.

Therefore the defendant respectfully ask that this Court reduce his sentence under Amendment 782 solely on the bases of the drug conspiracy without regard to the murder cross-reference 2D1.1(d)(1) cross-reference 2A1.1

### Conclusion And Relief

For all the foregoing reasons, the defendant has shown that his current term of imprisonment can and should be adjusted and reduce to a term of 235 months under Count One and a consecutive sentence of 60 months for Count Two for a total of 295 months of imprisonment or for any other relief as this Court may deem just and proper.

October 1, 2020

Respectfully Presented

Sidney Bright

Sidney Bright #58833-054
F.C.I Otisville
PO Box 1000
Otisville NY 10963