

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

October 14, 2020

Hon. William H. Pauley III
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Pauley,

      The Federal Defenders of New York have referred Mr. Sidney Bright's case (No. 06 CR 242) to Debevoise & Plimpton LLP.  We have agreed to represent Mr. Bright *pro bono* and this morning filed notices of appearances on his behalf.  We intend to file a motion to reduce his sentence under the First Step Act within the month.

      Sincerely,

/s/ Elisabeth Shane
Elisabeth Shane
Jillian Tancil

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
eashane@debevoise.com
jtancil@debevoise.com