**Debevoise & Plimpton**
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

December 21, 2020

**By ECF**

Honorable William H. Pauley III
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

                               Re: *United States v. Sidney Bright*, **Case No. 06-CR-00242 (WHP)**
                                                  **Withdrawal of Attorney**

Dear Judge Pauley:

       Please be advised that I am no longer employed by Debevoise & Plimpton LLP, the attorneys for Mr. Sidney Bright in the above-captioned matter. This matter has been fully briefed and Mr. Bright will continue to be represented by Debevoise attorney of record, Jillian Tancil.

       I hereby respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list. I would be grateful if Your Honor would approve of my withdrawal by having this letter memo endorsed so that the clerk may modify and update the Court's records accordingly.

Dated: December 21, 2020

                                               RESPECTFULLY SUBMITTED

                                               /s/ Elisabeth Shane

                                               Elisabeth Shane (eashane@debevoise.com)
                                               Jillian Tancil (jtancil@debevoise.com)
                                               DEBEVOISE & PLIMPTON LLP
                                               919 Third Avenue
                                               New York, New York 10022
                                               (212) 909-6000

                                               *Attorneys for Defendant Sidney Bright*

CC: AUSA Kiersten Ann Fletcher (via ECF)