UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>SIDNEY BRIGHT,<br><br>                Defendant. | No. 06-CR-242 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Bright's letter, dated February 4, 2022, providing additional information in support of his First Step Act motion (dkt no. 163). The government may, but is not required to, respond no later than Friday February 11, 2022.

**ORDERED.**

Dated:    February 4, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1