USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

Case No. 06-cr-242 (LAP)

SIDNEY BRIGHT

    Defendant

# NOTICE OF APPEAL

Defendant Sidney Bright hereby gives "NOTICE" that he is appealing the District Court July 13, 2022 ORDER which denied his pro-se Motion for Reconsideration of the Court's March 10, 2022 ORDER. Denying his motion for a Sentence reduction pursuant to Section 404 of the First Step Act of 2018 and for Compassionate release pursuant to 18 U.S.C § 3582(c)(1)(A).

The defendant appeals to the Second Circuit Court of Appeals on this 19 day of July 2022

                                            *Sidney Bright*
                                          Sidney Bright Reg #58833-054
                                          F.C.I. Otisville
                                          P.O Box 1000
                                          Otisville NY 10963

## CERTIFICATE OF SERVICE

I certify that I have filed a copy of the foregoing in the United States District Court for the Southern District of New York using the Legal Mail System at F.C.I Otisville and First Class U.S. Mail addressed to: Clerk of Court
United States District Court
500 Pearl Street
New York, New York 10007

and served a copy upon the United States Attorney via the same method, address to: United States Attorney
1 Saint Andrews Plaza
New York, New York 10007

on this 19th day of July, 2022

*Sidney Bright*
Sidney Bright



Sidney Bryant Reg. # 58833-054
F.C.I Otisville
P.O Box 1000
Otisville NY 10963

DN DANIELS NJ 070
20 JUL 2022 PM 4 L

Clerk of Court Appeals
United States District Court EN
500 Pearl Street
New York NY 10007

RECEIVED
JUL 25 2022
CLERK'S OFFICE
S.D.N.Y.

10007-131608

...through special mailing procedures for forwarding. It was opened nor inspected. If the writer raises a question which has jurisdiction, you may wish to return the material for notification. If the writer enclosed correspondence for mailing, please return the enclosure to the address above.