```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     -against-<br><br>SIDNEY BRIGHT,<br><br>               Defendant. | 6 CR 242 (LAP)<br><br>ORDER |

Loretta A. Preska, Senior United States District Judge:

    The Court is in receipt of Mr. Bright's motion for compassionate release, the appointment of counsel, and for certain documents. (Dkt. no. 180.) The Government shall respond to Mr. Bright's motion no later than December 1, 2023. Mr. Bright's reply, if any, shall be submitted no later than December 22, 2023.

    The Clerk of the Court shall mail a copy of this order to Mr. Bright at his last known address.

**SO ORDERED.**

Dated:   New York, New York
           November 3, 2023

                                      *Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge