UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    06-cr-242 (LAP)
            -v.-                    :
                                    :    ORDER
SIDNEY BRIGHT,                      :
                                    :
            Defendant.              :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Sidney Bright's motion pursuant to 18 U.S.C. § 3582(c)(1)(A) for compassionate release, (dkt. no. 192). The Government shall respond by May 5, 2025. Defendant may reply by June 9, 2025.

**SO ORDERED.**

Dated:   New York, New York
         April 3, 2025

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA
Senior United States District Judge

1