

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 28, 2025

**BY EMAIL**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    ***United States v. Sidney Bright*, 06 Cr. 242 (LAP)**

Dear Judge Preska:

    The Government respectfully requests an extension of time to respond to the defendant's *pro se* motion for compassionate release filed on January 29, 2025. (ECF No. 192). On April 3, 2025, the Court set a deadline of May 5, 2025, for the Government to respond to the defendant's motion. Because the Assistant United States Attorneys who had previously worked on this case have left the United States Attorney's Office, the Office inadvertently did not timely respond. The undersigned counsel for the Government was recently assigned to this matter. Accordingly, the Government requests additional time to obtain and review records, to consider the Government's position on the motion, and to draft its response. The Government respectfully requests an extension to May 18, 2025 to review the defendant's motion and prepare its submission.

                                                                                  Respectfully submitted,

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
5/29/25

                                                                      JAY CLAYTON
                                                                      United States Attorney

                                                      By: *Getzel Berger*
                                                                     Getzel Berger
                                                                    Assistant United States Attorney
                                                                    (212) 637-1061

cc:    Sidney Bright (Reg. 58833-054)
        FCI Milan
        P.O. Box 1000
        Milan, MI 48160