UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>SIDNEY BRIGHT,<br><br>    Defendant. | 06 Cr. 242 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  Before the Court is Defendant Sidney Bright's pro se letter requesting that the Court reconsider its September 2, 2025 order, (dkt. no. 206). (Dkt. no. 207.) The Government shall respond by October 31, 2025. To the extent that Defendant wishes to reply, he shall do so no later than November 21, 2025. The Clerk of the Court shall mail a copy of this order to Defendant.

**SO ORDERED.**

Dated: October 8, 2025
    New York, New York

               _____
               LORETTA A. PRESKA
               Senior United States District Judge