UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,     :

                            :       06-cr-242 (LAP)

        -v.-               :

                            :       ORDER

SIDNEY BRIGHT,          :

                            :

          Defendant.    :

------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The Government shall respond to Defendant's most recent submission (Dkt. 212) by July 17, 2026.  To the extent Defendant wishes to reply, he shall do so no later than August 7, 2026.

In addition, the Court invites both parties to file supplemental submissions addressing the impact, if any, of the Supreme Court's recent decisions in Rutherford v. United States, 146 S. Ct. 1320 (2026) and Fernandez v. United States, 146 S. Ct. 1292 (2026) on Defendant's pending motions.  Any such supplemental submissions shall also be filed by July 17, 2026.

The Clerk of Court shall mail a copy of this Order to Defendant.

**SO ORDERED.**

Dated:    New York, New York
         June 15, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge

1